******************************************************

The "officially released" date that appears near the beginning of an opinion is the date the opinion will be published in the Connecticut Law Journal or the date it is released as a slip opinion. The operative date for the beginning of all time periods for the filing of postopinion motions and petitions for certification is the "officially released" date appearing in the opinion.

All opinions are subject to modification and technical correction prior to official publication in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports. In the event of discrepancies between the advance release version of an opinion and the version appearing in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports, the latest version is to be considered authoritative.

The syllabus and procedural history accompanying an opinion that appear in the Connecticut Law Journal and subsequently in the Connecticut Reports or Connecticut Appellate Reports are copyrighted by the Secretary of the State, State of Connecticut, and may not be reproduced or distributed without the express written permission of the Commission on Official Legal Publications, Judicial Branch, State of Connecticut.

******************************************************

## JAIRON CASTILLO MARTINEZ *v.* COMMISSIONER OF CORRECTION
### (AC 46675)

Elgo, Moll and Cradle, Js.

*Syllabus*

The petitioner appealed, following the denial of his petition for certification to appeal, from the judgment of the habeas court denying his amended petition for a writ of habeas corpus. *Held*:

This court dismissed the petitioner's appeal, as he exclusively challenged the habeas court's credibility determinations concerning the testimony at trial.

Argued October 23—officially released November 5, 2024

*Procedural History*

Amended petition for a writ of habeas corpus, brought to the Superior Court in the judicial district of Tolland and tried to the court, *Bhatt, J.*; judgment denying the petition; thereafter, the court, *Bhatt, J.*, denied the petition for certification to appeal, and the petitioner appealed to this court. *Appeal dismissed*.

*J. Christopher Llinas*, assigned counsel, for the appellant (petitioner).

*Danielle Koch*, assistant state's attorney, with whom, on the brief, were *Angela Macchiarulo* and *Michelle Manning*, supervisory assistant state's attorneys, for the appellee (respondent).

*Opinion*

PER CURIAM. The petitioner, Jairon Castillo Martinez, appeals, following the denial of his petition for certification to appeal, from the judgment of the habeas court denying his amended petition for a writ of habeas corpus. As acknowledged by the petitioner's counsel during oral argument before this court, the petitioner's appeal exclusively challenges the habeas court's credibility determinations concerning the testimony during the habeas trial given by Attorney Jerome Larracuente

and the petitioner. However, a habeas court's "pure credibility determination . . . is unassailable." *Breton* v. *Commissioner of Correction*, 325 Conn. 640, 694, 159 A.3d 1112 (2017); see also *Sanchez* v. *Commissioner of Correction*, 314 Conn. 585, 604, 103 A.3d 954 (2014) ("we must defer to the [trier of fact's] assessment of the credibility of the witnesses based on its firsthand observation of their conduct, demeanor and attitude" (internal quotation marks omitted)). Accordingly, we dismiss the petitioner's appeal.

The appeal is dismissed.